IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SPADA PROPERTIES, INC.,           3:13-CV-01801-PK

        Plaintiff,              ORDER

v.

SUMMIT TRADING COMPANY, INC.
and JOHN DOES 1 THROUGH 5,

        Defendants.


DAVID P. WEINER
SANFORD R. LANDRESS
Greene & Markley PC
1515 S.W. Fifth Avenue
Suite 600
Portland, OR 97201
(503) 295-2668

J. CLAY McCASLIN
Law Office of J. C. McCaslin
510 S.W. 5th Ave. Ste. 500
Suite 1850
Portland, OR 97204
(503) 239-1910

        Attorneys for Plaintiff


1 - ORDER

BROWN, Judge.

Magistrate Judge Paul Papak issued Findings and Recommendation (#27) on February 25, 2014, in which he recommends this Court grant in part and deny in part Plaintiff Spada Properties Inc.'s Motion (#20) for Order Awarding Plaintiff Attorneys' Fees and Costs Against Summit Trading Company, Inc. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#27). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion (#20) for Attorneys' Fees and

2 - ORDER

Costs and awards Plaintiff attorneys' fees in the amount of $4,392.50 and costs in the amount of $626.42.

IT IS SO ORDERED.

DATED this 9th day of April, 2014.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER